DOURAS v. WAGNER et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Appeal from Special Term, New York County. Action by Bernard J. Douras against Otto Wagner and others. From an order granting defendants leave to amend answers, plaintiff appeals. Modified and affirmed. Franklin Bien, of New York City, for ap-

pellant. John J. Lordan, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by requiring the defendants, as a condition of leave to serve amended answers, to pay full costs of action to date, with leave to the plaintiff, within 10 days after service of such amended answers, upon compliance with this condition, to discontinue the action, without costs. As so modified, the order is affirmed, with $10 costs and disbursements to the appellant.

